```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
BELSITO COMMUNICATIONS INC. d/b/a THE
LEGAL ADVOCATE,
                              Plaintiff,

              -against-                                    20 Civ. 5094 (AT)

TORKLAW d/b/a ACCIDENTNEWS.CO,                             **ORDER**
TORQUE VENTURES GLOBAL STRATEGIES,
LLC d/b/a ACCIDENTNEWS.CO, TORKLAW
d/b/a SAFETYWATCH.COM, AND REZA
TORKZADEH, AS FOUNDER OF
TORKLAW/CEO OF TORQUE VENTURES
GLOBAL STRATEGIES, LLC, INDIVIDUALLY,

                              Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/4/2020_

ANALISA TORRES, District Judge:

    An initial pretrial conference is scheduled in this action for **September 9, 2020**, at **11:00 a.m.** The conference will proceed in accordance with the Court's Emergency Rules and Practices in Light of COVID-19. Accordingly, it is ORDERED that at 11:00 a.m. on September 9, 2020, the parties shall call into the Court's dedicated conference line at (888) 398-2342, and then enter the access code 559-8827, followed by the pound sign.

    On July 10, 2020, the Court ordered the parties to submit a joint status report and case management plan by September 2, 2020. ECF No. 7 ¶¶ 4–5. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint status report and case management plan by **12:00 p.m.** on **September 8, 2020**.

    SO ORDERED.

Dated: September 4, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge