16954-1/mmc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
BELSITO COMMUNICATIONS INC. d/b/a THE LEGAL
ADVOCATE,

                              Plaintiff,

   -against-                              **NOTICE OF APPEARANCE**

TORKLAW d/b/a ACCIDENTNEWS.CO, TORQUE
VENTURES GLOBAL STRATEGIES, LLC d/b/a      1:20-cv-05094 (AT)
ACCIDENTNEWS.CO, TORKLAW d/b/a
SAFETYWATCH.COM, AND REZA TORKZADEH, AS
FOUNDER OF TORKLAW/CEO OF TORQUE VENTURES
GLOBAL STRATEGIES, LLC, INDIVIDUALLY,

                              Defendants.
------------------------------------------------------------------------x

S I R (S):

     PLEASE TAKE NOTICE, that the Plaintiff hereby appears in the above entitled action, and that the undersigned have been retained as attorneys for said Plaintiff and demands that all papers in this action be served upon the undersigned at the office and post office address stated below.

DATED:     Poughkeepsie, New York
                January 29, 2021        Yours, etc.

                                         McCABE & MACK LLP

                                         By: _____
                                         DANIEL C. STAFFORD (0133)
                                         *Attorneys for Plaintiffs*
                                         63 Washington Street
                                         P.O. Box 509
                                         Poughkeepsie, NY 12602-0509
                                         Tel: (845) 486-6800

TO:    STEPHEN J. BARRETT
        WILSON ELSER MOSKOWITZ EDELMAN
        & DICKER LLP
        *Attorneys for Defendants*
        150 E. 42nd Street
        New York, NY 10017