UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BELSITO COMMUNICATIONS INC. d/b/a THE LEGAL ADVOCATE,<br><br>Plaintiff,<br><br>v.<br><br>TORKLAW d/b/a ACCIDENTNEWS.CO, et al. | **STIPULATION OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))**<br><br>**Case No.: 20-cv-05094 (PMH)** |

**IT IS HEREBY STIPULATED AND AGREED,** by and among Plaintiff Belsito Communications Inc. d/b/a The Legal Advocate and Defendants Torklaw d/b/a Accidentnews.co, Torque Ventures Global Strategies, LLC d/b/a Accidentnews.co, Torklaw d/b/a Safetywatch.com, and Reza Torkzadeh, by and through their undersigned attorneys, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear his or its own costs and attorneys' fees.

Joanna Longcore  Daniel Stafford
McCABE & MACK LLP
63 Washington Street
Poughkeepsie, NY 12602
845-486-6800
jlongcore@mccm.com
dstafford

Dated: 5 / 7 / 21
*Attorney for Plaintiff*

Stephen J. Barrett
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 E. 42nd Street
New York, NY 10017
212-915-5479
Stephen.Barrett@wilsonelser.com

Dated: 5/7/21
*Attorney for Defendants*